# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN WEBSTER ALSTON,          ) <br>                              ) <br>            Plaintiff,          ) <br>                              ) <br>       v.                     ) <br>                              ) <br> UNITED STATES DISTRICT COURT ) <br> CLERK OFFICE - CENTRAL DISTRICT ) <br> RIVERSIDE,                    ) <br>                              ) <br>            Defendant.        ) <br> _____) | NO. EDCV 08-00301 SGL (SS) <br><br> **ORDER ADOPTING FINDINGS,** <br><br> **CONCLUSIONS AND RECOMMENDATIONS** <br><br> **OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1       Accordingly, IT IS ORDERED THAT:

2

3       1.   The Motion to Dismiss is GRANTED and Judgment shall be entered
4  dismissing this action with prejudice.

5

6       2.   The Clerk shall serve copies of this Order and the Judgment
7  herein by United States mail on Plaintiff and on counsel for Defendant.

8

9  DATED:    September 3, 2008

10

11                                    _____
                                      STEPHEN G. LARSON
12                                    UNITED STATES DISTRICT JUDGE

2