**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARREN WEBSTER ALSTON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DISTRICT COURT<br>CLERK OFFICE - CENTRAL DISTRICT<br>RIVERSIDE,<br><br>　　　　　Defendant. | NO. EDCV 08-00301 SGL (SS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:　September 4, 2008

　　　　　　　　　　　　　　　　　　　　　／s／ S.G. Larson
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEPHEN G. LARSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE